CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(chief) Michael S. OWLFeather-Gorbey
**Full Name of Plaintiff     Inmate Number**

Civil No. 20-1513
(to be filled in by the Clerk's Office)

v.

Spaulding, Warden USP Lewisburg
**Name of Defendant 1**

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

Konkle, Captain, USP Lewisburg
**Name of Defendant 2**

Shirk, shu Lt. USP Lewisburg
**Name of Defendant 3**

(under Imminent Danger)

DR. Edinger, USP Lewisburg
**Name of Defendant 4**

FILED
SCRANTON

AUG 2 4 2020

the United States
**Name of Defendant 5**

Per_____
DEPUTY CLERK

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section). (see Attachment)

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✓   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants) (under Imminent Danger)

✓   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States (under Imminent Danger)

Page 1 of 6

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

OWlFeather-Garbey, Michael S.
Name (Last, First, MI)

Fed. 33405-013. D.C. DOC 31764
Inmate Number

USP Lewisburg
Place of Confinement

PO Box 1000 Lewisburg,
Address

Lewisburg, P.A. 17837.
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Spaulding, S.
Name (Last, First)

Warden
Current Job Title

2400 Robert F. Miller DR.
Current Work Address

Lewisburg PA. 17837
City, County, State, Zip Code

Page 2 of 6

Defendant 2:

Konkle, J.

Name (Last, First)

Captain

Current Job Title

2400 Robert F. Miller DR.

Current Work Address

Lewisburg PA. 17837

City, County, State, Zip Code


Defendant 3:

Shink

Name (Last, First)

LT.

Current Job Title

2400 Robert F. Miller DR

Current Work Address

Lewisburg, PA. 17837

City, County, State, Zip Code


Defendant 4:

Edinger

Name (Last, First)

DR.

Current Job Title

2400 Robert F. Miller DR.

Current Work Address

Lewisburg PA. 17837

City, County, State, Zip Code


Defendant 5:

The United States

Name (Last, First)

US Government

Current Job Title

US DOJ 950 PA. Ave. NW.

Current Work Address

Washington D.C. 20530.

City, County, State, Zip Code

III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

USP Lewisburg G-Block

B.   On what date did the events giving rise to your claim(s) occur?

7-30-2020 — 8-2-2020 & Continuing.

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On About 7-29-20 inmates on the 2nd floor G-Block USP Lewisburg were found to be Covid-19 Positive. On that same day (Without doing) any medical screenings Spaulding, Konkle, Shirk & the United States. Moved inmate AKA (Cowboy) into my cell G-122 Whom was brought from the 2nd floor. G-Block where inmates were Covid-19 Positive.

On 7-30-20 the Facility went on lockdown for Covid-19 Pandemic Break out.

On 7-31-20 All inmates on G-Block Range one were given Covid-19 Tests which were store after application open. Together & unsecured. Monipulating the tests.

Where that same day 7-31-20 staff Return claiming Gorbey tested Covid-19 Positive & He was moved Around 8:00 pm to G-Block 3rd floor & placed on Quarenteen status in cell 318 (with) Another inmate. One of the 1st 2 origional inmates to test positive. & threatning Gorbey's safety. Where since Gorbey has not been medical Examined. Has been denied showers & simply kept in subhuman conditions see attachment to claim.

## IV.  LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

8th amendment violations. (subject to) life threatning Pleag. Denied Proper-Timely medical Treatment Denied shavers, Toiletries or cleaning supplies.

## V.  INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

sickness, subhuman conditions, lung damage.

## VI.  RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

① Immediately carry to outside Hospitle or medical Center For Emergency treatment. ② $9,999,999,999.99 cash. ③ my Release From the FIRCP.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose. *to best of my knowledge*

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*(Chief) Michael S. OWlFeather-Gorbey*
Signature of Plaintiff

*8-3-20*
Date

CONTINUANCE to list of Defendants                                   Page 1 of 1

Defendant(6) Brown.
Health service supervisor
2400 Robert F. miller DR.
Lewisburg, PA. 17837.

Defendant(7) Pigus K.
Doctor
2400 Robert F. Miller DR.
Lewisburg, PA. 17837.

Continuance Pages to Claim of Suit

On about 7-29-20 a Covid-19 Pandemic Breakout took place on G-Block Range 2 of USP Lewisburg. On that same day Defendants Spaulding, Kuhlke, Shirk & the United States moved inmate AKA (Cowboy) from G-Block 2nd Range into Gorbey's Cell on G-Block 1st Range Cell 122. (Without 1st examining him)

On about 7-30-20 the institution was placed on Covid-19 Pandemic Breakout lockdown.

On about 7-31-20 Lewisburg medical staff authorities, Health service supervisor, & Doctors Edinger & Prgos, directed Covid-19 (Swab Tests) Conducted of All 1st Floor G-Block inmates while these tests were conducted from cell to cell in sequence and each swab was simply replaced to its original packaging unsealed flaps open & stored in a bundle with multiple other similar unsecured swabs & manipulating the integrity of any test. Where then later that day, Gorbey was advised by Correctional staff that the supervisory medical staff(s) had listed his as positive for Covid-19 & moved Gorbey to Quarentee in Cell 318 on the 3rd Floor of G-Block Around 8:00 pm 7-31-20

Gorbey was placed in Cell 318 with inmate Michael Stapelton #17627-104 one of the 1st two inmates originally discovered as Covid-19 Positive in this Pandemic breakout.

Where. this Raises a list of Concerns thus far.

(a) When Authorities discover a break out on G-Block 2nd Floor. Why Was inmate (Cowboy) Without being Tested or screened Moved From the Contaminated 2nd Floor To Gorbey's Cell on the 1st Floor?

(b) Why were the swab Tests not Properly seperately & individually secured?

(c) Why Was Gorbey Not Carry to medical & Examine when His swab Test Ellegedly Produce A Positive Result.

(d) Why, When other compatable inmates on the 1st Floor Also Recieved Positive Covid-19 Results Was Gorbey Not Quarenteen With one of those inmates or infact Why Was Gorbey Allegedly (Quarenteened) with Any other inmate &

(e) Why Was inmate Stapelton #104 chosen as the Person To Place Gorbey in A cell With When Gorbey's Results Were Questionable And yet Stapleton is positively suffering From Covid-19 sickness?

   It. is clear Evidence that Defendants Have openly Try to infect Gorbey With Covid-19 A Known Plauge that is thus Far uncurable & clearly threatning Gorbey's safety.

Where. Gorbey Has been Denied Any showers since Tuesday 7-28-20 now some 6 Days strate unable to Effective clean or wash Away germs. Gorbey is Kept on the 3rd Floor of G-Block with no proper ventalation or Any cooling system with temperatures in the upper 80's & lower 90's Premoting germs & sickness

Gorbey Has been Denied Any laundry, To be Force to indure Dirty cloaths, sweaty bed linnon & not given Any chemicals or cleaning supplies

Gorbey is simply left in A Cell with A Positive Covid-19 inmate to suffer such sickness & being A clear threat to Gorbey's safety.

Where NOT (once) Has Gorbey been medically Examine, & only periodically do staff step by to do nothing but A temperature check. & clearly violating Gorbey's 8th Amendment Rights. see. (Dental of medical teratment) Estelle 429 US at 104.
Gutierrez vs. Peters 111 F.3d 1364, 1369 (7th cir. 1997)

Ibrahim vs. District of Columbia 463, F.3d. 3. 7. (D.C. cir. 2006)
We Have no Difficulty concluding that A chronic Disease that could Result in serious Harm or Even Death Constitutes serious Physical injury.

these Defendants Have subject Gorbey to A serious Plague or Disease that clearly Poses

a serious threat to Gorbey's life. & have deny Him medical treatment & showers, cleaning supplies, laundry and have simply kept Him in subHuman Conditions (to try to) intensify the threat of the Plague or Disease upon Gorbey. While Gorbey does suffer sickness from this. Head Ake, Chest Pains, Congestion, Nasia, Diarea, & Night-day sweats & Feaver.

## Relief sought

(1) I want Transfer immediately to an outside Hospitle or medical Center, in local Pennsylvania. For "Emergency" Treatment.

(2) I Demand $9,999,999,999.99 cash.

(3) I demand my immediate Release from the F.Bop. As such conditions go beyond any intended sentence.

(Chief) michael S. oWl Feather-Gorbey
33405-013
USP Lewisburg
PoBox 1000
Lewisburg, PA,
17837.

Inmate Name: Michael S. Owl Feather-Gorbey
Register Number: 33405-013
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

(legal-special mail)

(open only in Presence of Gorbey or the U.S. Court)

PER _____ Deputy Clerk

RECEIVED
SCRANTON
AUG 24 2020
PER _____ DEPUTY CLERK

Clerk of Court
U.S. District Court
P.O. Box 1148
Scranton, PA 18501

18501-1148